STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.5714   AND FILED ON   6/15/2007

---

JOYCE ONORATA BONHAG ON BEHALF OF THE ESTATE OF PETER BONHAG, DECEDENT AND JOYCE ONORATA BONHAG

Vs.

ANTHONY COLAVITA, JR., INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK   )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/2007 at 7:53PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: ANTHONY COLAVITA, JR., SUPERVISOR   (herein called
recipient)
At Location: 40 MILL ROAD   therein named.

EASTCHESTER NY 10709

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _M_   Color of Skin _WH_   Color of Hair _BLACK_
Age _45_   Height _5'10"_   Weight _190_
Other Features _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on   6/21/2007

Gail Williams

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.5714  AND FILED ON  6/15/2007

JOYCE ONORATA BONHAG ON BEHALF OF THE ESTATE OF PETER BONHAG, DECEDENT AND JOYCE ONORATA BONHAG

Vs.

ANTHONY COLAVITA, JR., INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK  )
                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/2007 at 7:55PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: ANN MARIE BERG, TOWN COMPTROLLER (herein called recipient)
At Location: 40 MILL ROAD

therein named.

EASTCHESTER NY 10709

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex _FM_  Color of Skin _WH_  Color of Hair  _BLONDE_
Age _55_  Height _5'4"_  Weight _140_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on  6/21/2007

X _____

_____
Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

| | |
|---|---|
| DOCUMENTS SERVED WITH INDEX#: 07CIV.5714 | AND FILED ON 6/15/2007 |

JOYCE ONORATA BONHAG ON BEHALF OF THE ESTATE OF PETER BONHAG, DECEDENT AND JOYCE ONORATA BONHAG

Vs.

ANTHONY COLAVITA, JR., INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                                              ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/2007 at 7:35PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: TOWN OF EASTCHESTER     (herein called recipient) therein named.

At Location: 40 MILL ROAD
EASTCHESTER NY 10709

By delivering to and leaving with LINDA DOHERTY and that deponent knew the person so served to be the TOWN CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM     Color of Skin WH     Color of Hair BROWN
Age 40     Height 5'5"
Weight 135     Other Features

Sworn to before me on 6/21/2007

_(signature)_

Joseph Vallone

Server's License#: 1100190

2010