STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.5714   AND FILED ON   6/15/2007

| | |
|---|---|
| JOYCE ONORATA BONHAG ON BEHALF OF THE ESTATE OF PETER BONHAG, DECEDENT AND JOYCE ONORATA BONHAG<br>Vs.<br>ANTHONY COLAVITA, JR., INDIVIDUALLY, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK     )
                       ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____6/19/2007_____ at _____7:53PM_____, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: ANTHONY COLAVITA, JR., SUPERVISOR     (herein called recipient)
At Location: 40 MILL ROAD                            therein named.

EASTCHESTER NY 10709

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _M_     Color of Skin  _WH_    Color of Hair         _BLACK_
Age  _45_    Height  _5'10"_        Weight    _190_
             Other Features                       _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on _____6/21/2007_____

_____           _____
   Gail Williams                       Joseph Vallone
                                       Server's License#: 1100190

STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.5714    AND FILED ON    6/15/2007

JOYCE ONORATA BONHAG ON BEHALF OF THE ESTATE OF PETER BONHAG, DECEDENT AND JOYCE ONORATA BONHAG

Vs.

ANTHONY COLAVITA, JR., INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __6/19/2007__ at __7:55PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: ANN MARIE BERG, TOWN COMPTROLLER    (herein called recipient)
At Location: 40 MILL ROAD    therein named.

EASTCHESTER NY 10709

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__    Color of Skin __WH__    Color of Hair    __BLONDE__
Age __55__    Height __5'4"__    Weight __140__
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on __6/21/2007__

X _____

Joseph Vallone

Server's License#: __1100190__

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.5714  AND FILED ON  6/15/2007

JOYCE ONORATA BONHAG ON BEHALF OF THE ESTATE OF PETER BONHAG, DECEDENT AND JOYCE ONORATA BONHAG
Vs.
ANTHONY COLAVITA, JR., INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/2007 at 7:35PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: TOWN OF EASTCHESTER (herein called recipient) therein named.
At Location: 40 MILL ROAD
EASTCHESTER NY 10709

By delivering to and leaving with LINDA DOHERTY and that deponent knew the person so served to be the TOWN CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin WH    Color of Hair BROWN
Age 40    Height 5'5"
Weight 135    Other Features

Sworn to before me on 6/21/2007

Joseph Vallone
Server's License#: 1100190

2010