STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.5714   AND FILED ON   6/15/2007

| | |
|---|---|
| JOYCE ONORATA BONHAG ON BEHALF OF THE ESTATE OF PETER BONHAG, DECEDENT AND JOYCE ONORATA BONHAG<br>Vs.<br>ANTHONY COLAVITA, JR., INDIVIDUALLY, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On _____6/19/2007_____ at _____7:53PM_____, deponent did serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT
Party Served:                                                      (herein called
recipient)          ANTHONY COLAVITA, JR., SUPERVISOR
                                                                   therein named.
At Location:        40 MILL ROAD

                    EASTCHESTER NY 10709

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _M_     Color of Skin    _WH_    Color of Hair              _BLACK_
Age    _45_   Height           _5'10"_  Weight          _190_
              Other Features                            _GLASSES_

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on _____6/21/2007_____

_____[signature: Gail Williams]_____         _____[signature: Joseph Vallone]_____
                                             Joseph Vallone
                                             Server's License#:   1100190

20/0

STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.5714    AND FILED ON    6/15/2007

JOYCE ONORATA BONHAG ON BEHALF OF THE ESTATE OF PETER BONHAG, DECEDENT AND JOYCE ONORATA BONHAG

Vs.

ANTHONY COLAVITA, JR., INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/2007 at 7:55PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: ANN MARIE BERG, TOWN COMPTROLLER    (herein called recipient)
At Location: 40 MILL ROAD
                                                  therein named.
EASTCHESTER NY 10709

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_    Color of Skin  _WH_    Color of Hair           _BLONDE_
Age  _55_    Height  _5'4"_          Weight         _140_
             Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed SHE was not.

Sworn to before me on ___6/21/2007___

X _____

                                          Joseph Vallone
                                          Server's License#:  1100190

2010

STATE OF NEW YORK UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.5714        AND FILED ON        6/15/2007

---

JOYCE ONORATA BONHAG ON BEHALF OF THE ESTATE OF PETER BONHAG, DECEDENT AND JOYCE ONORATA BONHAG

Vs.

ANTHONY COLAVITA, JR., INDIVIDUALLY, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 6/19/2007 at 7:35PM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS AND COMPLAINT
TOWN OF EASTCHESTER        (herein called recipient) therein named.

At Location: 40 MILL ROAD
EASTCHESTER NY 10709

By delivering to and leaving with **LINDA DOHERTY** and that deponent knew the person so served to be the **TOWN CLERK** of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
| Age | 40 | Height | 5'5" | | |
| Weight | 135 | Other Features | | | |

Sworn to before me on 6/21/2007

_(signature)_

Joseph Vallone

Server's License#: 1100190

*2010*