UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOYCE ONORATA BONHAG on behalf of the Estate
of Peter Bonhag, and JOYCE ONORATA BONHAG,

                    Plaintiff,

-against-

ANTHONY COLAVITA, JR., individually, ANN MARIE BERG, individually, and the TOWN OF EASTCHESTER, New York,

                    Defendants.
------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
07 Civ. 5714 (SCR)

**PLEASE TAKE NOTICE** that Brian S. Sokoloff, a member of the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       July 3, 2007

                                     MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS, LLP
                                     Attorneys for Defendants

                                     By: _____
                                           BRIAN S. SOKOLOFF (bss-7147)
                                     240 Mineola Boulevard
                                     The Esposito Building
                                     Mineola, New York 11501
                                     (516) 741-7676
                                     Our File No. 07-458

TO: LOVETT & GOULD
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605