UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOYCE ONORATA BONBAG, On behalf of
the Estate of Peter Bonhag, Decedent,
JOYCE ONORATA BONBAG, Individually,

                Plaintiff(s),

                **SCHEDULING ORDER**

       -against-               07 Cv. 5714 (CLB) (MDF)

ANTHONY COLAVITA, JR., ANN MARIE
BERG, TOWN OF EASTCHESTER,
NEW YORK

                Defendant(s).
----------------------------------------------------------X

Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 25, 2007 at 10:30 A.M.

      The conference previously set for October 5, 2007 is cancelled.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                      *Charles L. Brieant*
                                                      Charles L. Brieant, U.S.D.J.