# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN

MARK R. OSHEROW*◊□
OF COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

ADAM I. KLEINBERG
JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°◊
MICHAEL V. LONGO
MELISSA L. HOLTZER
MICHAEL P. SIRAVO

\* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER

WRITER'S DIRECT DIAL:
(516) 741-8383

WRITER'S E-MAIL:
BSokoloff@MSSSV.com

December 3, 2007

*[MEMO ENDORSED stamp with handwritten notation: "Application Granted - Conference previously scheduled for 2/22/08 is rescheduled for 5/23/08. So Ordered. /s/ Charles L. Brieant USDJ 12/17/08"]*

Hon. Charles L. Brieant
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   Bonhag v. Colavita, et al.
      Docket No. 07 Civ. 5714 (SCR)
      Our File No. 07-458

Dear Judge Brieant:

    I am sorry to report that the optimism for settlement that we had when we met with Your Honor at our last conference has evaporated. Because that optimism caused us to delay pushing the case forward, I must write on behalf of both sides to request an extension of the discovery cutoff. The parties have not conducted depositions or exchanged written discovery. The current cutoff is February 18, 2008. Both sides request a three-month extension, to May 19, 2008.

    Thank you for your consideration of this matter.

                  Very truly yours,

                  MIRANDA SOKOLOFF SAMBURSKY
                  SLONE VERVENIOTIS LLP

                  Brian S. Sokoloff

BSS/--

# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

[INSERT NAME]
DECEMBER 3, 2007
PAGE 2 OF 2


cc:   Jonathan Lovett, Esq.
      Lovett & Gould
      222 Bloomingdale Road
      White Plains, New York 10605