# LOVETT & GOULD, LLP
## ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+  
DRITA NICAJ+

914-428-8401  
FAX 914-428-8916

+also admitted in New Jersey

April 30, 2008

**Via Fax**

Hon. Charles L. Brieant  
United States District Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, N.Y. 10605

Re: <u>Bonhag v. Colavita</u>, 07 Civ. 5714 (CLB)

Dear Judge Brieant:

For weeks I have, without success, sought to get defense counsel to commit to dates for depositions in this case. Under the circumstances I am requesting a conference with the Court in order to get dates so-ordered.

Respectfully,

Jonathan Lovett

JL:clp  
Cc: Brian Sokoloff, Esq./ via fax