UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOYCE ANORATA BONHAG,

                       Plaintiff,

         - against -

ANTHONY COLAVITA, JR.,

                       Defendant.
------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 5714 (CLB) (MDF)

     The above entitled action is referred to the Hon. Mark D. Fox, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ All purposes permitted by law

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____

    All such motions: ____

*Do not check if already referred for general pretrial.

SO ORDERED.

DATED: White Plains, New York
         May 1, 2008

                                       _____
                                       United States District Judge

MICROFILM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____