# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT
JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

914-428-8401
FAX 914-428-8916

KIM PATRICIA BERG+
DRITA NICAJ+

+also admitted in New Jersey

May 23, 2008

**Via Fax**

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10605

    Re: <u>Bonhag v. Colavita</u>, 07 Civ. 5714 (CLB)

Dear Judge Brieant:

    A conference scheduled for today has been adjourned pending the outcome of the June 3, 2008 conference before Magistrate Judge Fox. It is our understanding that Ms. Cama will contact all parties with a new date.

                                              Respectfully,

                                              Jonathan Lovett

JL:af
cc: Brian Sokoloff, Esq./ via fax