UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
IN THE MATTER OF REASSIGNMENT

OF CIVIL CASES FROM

CHARLES L. BRIEANT, U.S.D.J.

TO

CATHY SEIBEL, U.S.D.J.
------------------------------------------------X

NOTICE OF REASSIGNMENT

Pursuant to the memorandum of the Case Processing Assistant, all pending civil cases assigned to Judge Charles L. Brieant are reassigned to the calendar of the Honorable Cathy Seibel, U.S.D.J. See the attached memorandum for a list of reassigned cases.

All future documents submitted in these actions shall bear the newly assigned judge's initials (CS) after the case number [eg. 7:00-CV-00000 (CS)].

The designated Magistrate Judge in each case shall remain the same.

Judge Seibel will be sitting in the U.S. Courthouse in White Plains, NY.

Questions may be directed to Judge Seibel's Courtroom Deputy Clerk, Ms. Alice Cama, at (914)390-4077.

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: August 5, 2008

J. Michael McMahon, CLERK

By: _____
Robert Rogers, Deputy-in-Charge

cc: Attorneys of Record

i:\FORMS\ASSIGN\Reass-Global.wpd