DATE: AUGUST 1, 2008

TO: CASE PROCESSING - WHITE PLAINS

FROM: DOROTHY GURANICH, CASE PROCESSING

RE: REASSIGNMENT OF CASES TO JUDGE SEIBEL FROM JUDGE BRIEANT

| | CASE # | TITLE OF CASE | |
|---|---|---|---|
| 1. | 97 CV 8125 | IDAHO POTATO | -V- M&M PRODUCE |
| 2. | 02 CV 0246 | U.S. PHILIPS | -V- PRINCO |
| 3. | 02 CV 5253 | SALAHUDDIN | -V- GOORD |
| 4. | 03 CV 0873 | PARSON | -V- SCHWARTZ |
| 4A. | 08 CV 2084 | PARSON | -V- SCHWARTZ |
| 5. | 03 CV 2168 | CULLEN | -V- VILLAGE OF PELHAM |
| 6. | 03 CV 4409 | WHITE PLAINS | -V- CINTAS |
| 7. | 04 CV 2129 | TERRANOVA | -V- STATE OF NY |
| 7A. | 04 CV 2130 | BALDWIN | -V- STATE OF NY |
| 7B. | 04 CV 2131 | OLIVER | -V- STATE OF NY |
| 8. | 04 CV 2758 | KEEBLER | -V- RATH |
| 9. | 04 CV 5566 | CUNNINGHAM | -V- DEPT. OF CORR. |
| 10. | 04 CV 6939 | MASSI | -V- FLYNN |
| 11. | 04 CV 7774 | HAYES | -V- SEVERAL UNKNOWN |
| 12. | 04 CV 9718 | JAQUITH | -V- SOUTH ORANGETOWN |
| 13. | 04 CV 9867 | STONEWELL | -V- CONESTOGA |
| 13A. | 05 CV 3286 | CONESTOGA | -V- STONEWELL |
| 14. | 05 CV 0737 | JOHN DOE | -V- CHILDREN'S VILLAGE |
| 15. | 05 CV 1966 | ROSENDALE | -V- MAHONEY |
| 16. | 05 CV 3610 | ASCENZO | -V- MEDTRONIC |
| 17. | 05 CV 6503 | JAV AUTO | -V- BEHRENS |
| 18. | 05 CV 6924 | IN RE PRESTIGE BRANDS HOLDINGS | |
| 18A. | 05 CV 7034 | SLOANE | -V- PRESTIGE |
| 18B. | 05 CV 7080 | WANG | -V- PRESTIGE |

| | | | |
|---|---|---|---|
| 18C. | 05 CV 7526 | PLUMBERS | -V- PRESTIGE |
| 18D. | 05 CV 7651 | LATTIMER | -V- PRESTIGE |
| 18E. | 05 CV 8215 | VASQUEZ | -V- PRESTIGE |
| 19. | 05 CV 7092 | SCHOTTENFELD | -V- WORKSTREAM |
| 20. | 05 CV 7283 | AMERICAN | -V- COSMEC |
| 21. | 05 CV 7887 | GUGLIELMO | -V- KOPALD |
| 22. | 05 CV 8089 | GERMAIN | -V- TRUM |
| 23. | 05 CV 8384 | LEEWARD | -V- SULLIVAN |
| 24. | 05 CV 8644 | CLARK | -V- TOWN OF LEWISBORO |
| 25. | 05 CV 9174 | GRILL | -V- PHILIP MORRIS |
| 25A. | 05 CV 9907 | CLINTON | -V- ALTRIA |
| 25B. | 05 CV 9908 | MULHOLLAND | -V- ALTRIA |
| 26. | 05 CV 10112 | IN RE FRONTIER INSURANCE GROUP | |
| 27. | 06 CV 0480 | GRAZIANO | -V- PATAKI |
| 28. | 06 CV 0644 | K.G. | -V- BD OF ED |
| 29. | 06 CV 0722 | DARQUEA | -V- JARDEN |
| 29A. | 06 CV 0920 | WHITEMYER | -V- JARDEN |
| 29B. | 06 CV 1313 | HEISER | -V- JARDEN |
| 29C. | 06 CV 1799 | ROBINSON | -V- JARDEN |
| 30. | 06 CV 1638 | FRANCIS | -V- A & E STORES |
| 31. | 06 CV 2231 | MANNINO | -V- QUEST |
| 32. | 06 CV 2236 | CRIQUE | -V- HOMOCIDE |
| 33. | 06 CV 2599 | RUGGIERO | -V- NYS DEPT OF CORR. |
| 34. | 06 CV 3092 | TR-RESEARCH | -V- YAHAL |
| 35. | 06 CV 3656 | PALACIO | -V- CITY OF NY |
| 36. | 06 CV 3864 | WOLFF | -V- TN OF MT PLEASANT |
| 37. | 06 CV 3898 | M.C. | -V- RYE NECK |
| 38. | 06 CV 3979 | FOGEL | -V- HACKETT |
| 39. | 06 CV 4127 | OSBORNE | -V- FERNANDEZ |
| 40. | 06 CV 4200 | BRYANT | -V- VASTA |
| 41. | 06 CV 4347 | PACICCA | -V- STEAD |

| # | Case No. | Plaintiff | Defendant |
|---|---|---|---|
| 42. | 06 CV 4654 | HSN | -V- DRECO |
| 43. | 06 CV 4928 | EUGENIO | -V- WALDER |
| 44. | 06 CV 4993 | NORTHEAST | -V- WORLD GOURMENT |
| 45. | 06 CV 5126 | MAHONEY | -V- WAL-MART |
| 46. | 06 CV 5272 | JOHNSON | -V- CH ENERGY |
| 47. | 06 CV 5815 | RAMOS | -V- USA |
| 48. | 06 CV 5969 | NEW ROCHELLE | -V- REP. OF LIBERIA |
| 49. | 06 CV 5970 | NEW ROCHELLE | -V- REP. OF FEDERAL |
| 50. | 06 CV 5978 | BRAUNSTEIN | -V- BARBER |
| 51. | 06 CV 6108 | KASHELKAR | -V- VILLAGE OF SPRING |
| 52. | 06 CV 6846 | QUILLER | -V- CITY OF YONKERS |
| 53. | 06 CV 7086 | FLORES | -V- YONKERS BD OF ED |
| 54. | 06 CV 7199 | MCKINNEY | -V- NXP |
| 55. | 06 CV 7589 | SZEREDY | -V- POTTER |
| 56. | 06 CV 7764 | MEDICAL | -V- CARECORE |
| 57. | 06 CV 8175 | BROUDY | -V- CROLY |
| 58. | 06 CV 12887 | OTTE | -V- BRUSINSKI |
| 59. | 06 CV 12903 | CURTIS | -V- STATE FARM |
| 59A. | 07 CV 03232 | CURTIS | -V- STATE FARM |
| 60. | 06 CV 12970 | ZIMMERMAN | -V- HIGHLAND |
| 61. | 06 CV 13088 | COLONTONIO | -V- WORTH |
| 62. | 06 CV 13488 | FORSBERG | -V- ALWAYS |
| 63. | 06 CV 13681 | MARROW | -V- POTTER |
| 64. | 06 CV 13705 | LUKAIEWICZ | -V- NYC COMM. OF CORR. |
| 65. | 06 CV 13721 | FREED | -V- FIRST UNUM LIFE |
| 66. | 06 CV 14253 | AMERICAN | -V- NYS DEPT OF HEALTH |
| 67. | 06 CV 15537 | US FIDELITY | -V- APPELBAUM |
| 68. | 07 CV 0152 | HUTH | -V- HASLUN |

| | | | |
|---|---|---|---|
| 69. | 07 CV 0230 | TORRES | -V- DO IT BEST |
| 70. | 07 CV 0341 | GIANNASCA | -V- COMM. OF S.S. |
| 71. | 07 CV 0433 | TEPPERWIEN | -V- ENTERGY |
| 72. | 07 CV 0517 | WESTCHESTER | -V- E-PAYROLL |
| 73. | 07 CV 0612 | NOWAK | -V- CITY OF NY |
| 74. | 07 CV 0633 | BYRNES | -V- MAHON |
| 75. | 07 CV 1290 | MOTZ | -V- SULLIVAN CTY |
| 76. | 07 CV 1791 | CHLOE | -V- DESIGNER |
| 77. | 07 CV 1999 | VAN DUNK | -V- ST. LAWRENCE |
| 78. | 07 CV 2167 | CORRIGAN | -V- SMITH |
| 79. | 07 CV 2333 | RODRIGUEZ | -V- COMM. OF S.S. |
| 80. | 07 CV 2432 | TRUSTEES | -V- WDF |
| 81. | 07 CV 1331 | SUNBELT | -V- STEINFINK |
| 82. | 07 CV 1374 | HURSEY | -V- CITY OF NEWBURGH |
| 83. | 07 CV 1429 | WILSON | -V- CTY OF WESCHESTER |
| 84. | 07 CV 1747 | OLIPHANT | -V- ORANGE CTY |
| 85. | 07 CV 2642 | MANBECK | -V- MICKA |
| 86. | 07 CV 2696 | E.G. | -V- CITY SCHOOL |
| 87. | 07 CV 2790 | WILSON | -V- NORTHWESTERN |
| 88. | 07 CV 2861 | NEWMARK | -V- LAWRENCE |
| 89. | 07 CV 2866 | SINKOV | -V- SMITH |
| 90. | 07 CV 2878 | PIVEN | -V- LORANGER |
| 90A. | 07 CV 6339 | LEVY | -V- LORANGER |
| 90B. | 07 CV 7358 | REALE | -V- LORANGER |
| 91. | 07 CV 2881 | KG CORNWALL | -V- BEAZER |
| 92. | 07 CV 2914 | CARELLO | -V- NEW ROCHELLE |
| 93. | 07 CV 2916 | ALALI | -V- DEBARA |
| 94. | 07 CV 3050 | BRYANT | -V- MEDIA RIGHT |

| | | | |
|---|---|---|---|
| 95. | 07 CV 3094 | DUNCAN | -V- SOUND SHORE |
| 96. | 07 CV 3318 | US FOR USE | -V- US SURETY |
| 97. | 07 CV 3432 | JOHN ANDRUS | -V- DAINES |
| 98. | 07 CV 3602 | SCHELBERG - | -V- SCHELBERG |
| 99. | 07 CV 3657 | BRIARWOOD | -V- TOLL BROS. |
| 100. | 07 CV 3718 | TROCKA | -V- ELI |
| 101. | 07 CV 3846 | MANOSALVES | -V- FUJITSU |
| 102. | 07 CV 3857 | ENCOMPASS | -V- DE L |
| 103. | 07 CV 4033 | PROGESSIVE | -V- BELTEM |
| 104. | 07 CV 4064 | TORNELL | -V- SANDERS |
| 105. | 07 CV 4065 | BLANCO | -V- BROGAN |
| 106. | 07 CV 4100 | MONROE | -V- JODOIN |
| 107. | 07 CV 5654 | ALOMAR | -V- RECARD |
| 108. | 07 CV 5714 | ONORATA | -V- COLAVITA |
| 109. | 07 CV 5891 | ROSARIO | -V- POTTER |
| 110. | 07 CV 5926 | HUFF | -V- MID HUDSON |
| 111. | 07 CV 6335 | USA | -V- SOBIECH |
| 112. | 07 CV 6517 | NGM INS. | -V- BLAKELY |
| 113. | 07 CV 6524 | REYES | -V- DOE |
| 114. | 07 CV 6533 | NEKTALOV | -V- JEFFERSON VALLEY |
| 115. | 07 CV 6542 | BAUZA | -V- MEDIACOM |
| 116. | 07 CV 6645 | HUNTER | -V- GOSHEN CENTRAL |
| 117. | 07 CV 6792 | SOUTHWIRE | -V- CREED |
| 118. | 07 CV 6941 | GUEVARA | -V- AMICONE |

ORIGINAL LEAD ACTION HAS BEEN CLOSED 07 CV 2862, WE WENT TO THE NEXT OPEN CASE TO BE THE LEAD ACTION

| | | | |
|---|---|---|---|
| 119A. | 07 CV 6946 | SMITH | -V- AMICONE |
| 119B. | 07 CV 7080 | AYALA | -V- AMICONE |
| 119C. | 07 CV 7597 | KLLAAPIJA | -V- AMICONE |
| 119D. | 07 CV 7600 | GONZALEZ | -V- AMICONE |

| | | | |
|---|---|---|---|
| 119E. | 07 CV7692 | DZIKOVIC | -V- AMICONE |
| 119F. | 07 CV 8047 | ZHERKA | -V- MARTINEZ |
| 119G. | 07 CV 8048 | SAYEGH | -V- RAM |
| 119H. | 07 CV 8184 | LUKAJ | -V- AMICONE |
| 119I. | 07CV 8186 | AYALA | -V- CITY OF YONKERS |
| 119J. | 07 CV 9618 | ZHERKA | -V- AMICONE |
| 119K. | 07 CV 11251 | ZHERKA | -V- MARTINO |
| 119L. | 08 CV 1506 | BLASSBERG | -V- AMICONE |
| 119M. | 08 CV 2062 | ZHERKA | -V- BOGDANOS |
| 119N. | 08 CV 3469 | ZHERKA | -V- DIFIORE |
| 119O. | 08 CV 5756 | MORALES | -V- EDELMAN |
| 119P. | 08 CV 5757 | O'NEILL | -V- EDELMAN |
| 119Q. | 08 CV 5760 | AGOSTINO | -V- SIMPSON |
| 120. | 07 CV 6943 | LLAQUE | -V- CSC HOLDINGS |
| 121. | 07 CV 7066 | VALENTIN | -V- NYS DEPT OF CORR. |
| 122. | 07 CV 7075 | J.A. | -V- EAST RAMAPO |
| 123. | 07CV 7087 | DUNK | -V- BROWER |
| 124. | 07 CV7106 | BARRETT | -V- CTY OF DUTCHESS |
| 125. | 07 CV7197 | CORNELL | -V- FRED S. KELLER |
| 126. | 07 CV7230 | GLAUBER | -V- J.B. HUNT |
| 127. | 07 CV7286 | POTENZIANI | -V- METRO NORTH |
| 128. | 07 CV7444 | MIRDITA | -V- ATLANTIC |
| 129. | 07 CV7484 | DAYS | -V- GRAHAM |
| 130. | 07 CV7606 | SPACE AGE | -V- BD OF ED. |
| 131. | 07 CV7636 | DIPILATO | -V- 7 ELEVEN |
| 132. | 07 CV7637 | NY SMSA LIMITED PARTNERSHIP | |
| 133. | 07 CV7686 | MOLONEY | -V- NEW CENTURY |
| 134. | 07 CV7795 | MCLAUGHLIN | -V- WHITE PLAINS |
| 135. | 07 CV8083 | LONG | -V- CALACA |
| 136. | 07 CV8149 | ROSENDALE | -V- BRUSIE |
| 137. | 07 CV8192 | BOTTARI | -V- FISHER |
| 138. | 07 CV8214 | VALLE | -V- MORAN |
| 139. | 07 CV8232 | TOLBERT | -V- LOWE'S |

| | | | |
|---|---|---|---|
| 140. | 07 CV8413 | LANGFORD | -V- CTY OF WESTCHESTER |
| 141. | 07 CV8588 | CURTIS | -V- ALLSTATE INS. |
| 142. | 07 CV8675 | CURTIS | -V- STATE FARM |
| 143. | 07 CV8711 | MORELLI | -V- WAPPINGERS |
| 144. | 07 CV8780 | PEREZ | -V- TOWN OF BEDFORD |
| 145. | 07 CV8821 | BARBERAN | -V- WORLD SAVINGS |
| 146. | 07 CV 9296 | GOMEZ | -V- VILLAGE OF SLEEPY |
| 147. | 07 CV 9310 | GOMEZ | -V- VILLAGE OF SLEEPY |
| 148. | 07 CV 9355 | CASPI | -V- CITY OF RYE |
| 149. | 07 CV 9441 | DELITTA | -V- CITY OF MT. VERNON |
| 150. | 07 CV 9511 | BROADHURST | -V- COUNTY OF ROCKLAND |
| 151. | 07 CV 9621 | DE LUCA | -V- EQUIPMENT |
| 152. | 07 CV 9708 | MELTZ | -V- PUTNAM |
| 153. | 07 CV 9912 | ALALI | -V- CITY OF NEW ROCHELLE |
| 154. | 07 CV 10287 | RUSZKIEWICZ | -V- LAUER |
| 155. | 07 CV 10328 | UMEROSKI | -V- NOWAB HOTELS |
| 156. | 07 CV 10381 | MERRING | -V- TOWN OF TUXED |
| 157. | 07 CV 10468 | MASON | -V- VASSAR |
| 158. | 07 CV 10483 | TERMINI | -V- ROELLE |
| 159. | 07 CV 10682 | COX | -V- WARWICK |
| 160. | 07 CV 10704 | DE LA ROSA | -V- POTTER |
| 161. | 07 CV 10714 | HOFFMAN | -V- USA |
| 162. | 07 CV 11247 | BASILE | -V- SPAGNOLA |
| 163. | 07 CV 11254 | SORANO | -V- TAGGART |
| 164. | 07 CV 11257 | GUGLIELMO | -V- MAMARONECK |
| 165. | 07 CV 11466 | DECARLO | -V- CTY OF DUTCHESS |
| 166. | 07 CV 11472 | ARBEN | -V- HOOVER |

| | | | |
|---|---|---|---|
| 167. | 07 CV 11577 | CARROLL | -V- CTY OF MT. VERNON |
| 168. | 08 CV 0209 | DUNKIN' | -V- HUDSON |
| 169. | 08 CV 0218 | USA | -V- SOUTH FALLSBURG |
| 170. | 08 CV 0289 | WASSEFF | -V- HEALTH |
| 171. | 08 CV 0356 | LEFKOWITZ | -V- LEFKOWITZ |
| 172. | 08 CV 0358 | COBLY | -V- WOLPOFF |
| 173. | 08 CV 0403 | GONZALEZ | -V- ERCOLE |
| 174. | 08 CV 0508 | MINSKOFF | -V- MYCA |
| 174A. | 08 CV 0510 | SCORPIO | -V- 2220 EQUITIES |
| 174B. | 08 CV 0511 | MLP I | -V- MYCA |
| 175. | 08 CV 0515 | KONINKLIJKE | -V- CINRAM |
| 176. | 08 CV 0581 | TRUSTEES | -V- M.A. |
| 177. | 08 CV 0884 | POMPER | -V- COHEN |
| 178. | 08 CV 0990 | CASTLE | -V- OLD REPUBLIC |
| 179. | 08 CV 0998 | SRIKISHUN | -V- CITY OF YONKERS |
| 180. | 08 CV 1046 | SEQUERA | -V- DUNNIGAN |
| 181. | 08 CV 1083 | BUILDING | -V- A & A MAIN. |
| 182. | 08 CV 1117 | O'DONNELL | -V- METLIFE |
| 183. | 08 CV 1198 | GARCIA | -V- CTY OF NEWBURGH |
| 184. | 08 CV 1282 | CON ED | -V- BELCHER |
| 185. | 08 CV 1481 | BENSON | -V- CRANESVILLE |
| 186. | 08 CV 1545 | GREENBERG | -V- LITTMAN |
| 187. | 08 CV 1626 | PETEREC | -V- CTY OF SULLIVAN |
| 188. | 08 CV 1835 | SMITH | -V- CTY OF YONKERS |
| 189. | 08 CV 1846 | DUNN | -V- DUBOIS |
| 190. | 08 CV 1847 | TANDLICH | -V- MOLINA |
| 191. | 08 CV 1860 | BERGERNON | -V- LOWE'S |
| 192. | 08 CV 1917 | LAINEZ | -V- MURRY BRESKY |

| | | | |
|---|---|---|---|
| 193. | 08 CV 1950 | GOLDREICH | -V- CARLSON |
| 194. | 08 CV 2042 | DIEBER | -V- 1988 20 FT. |
| 194A. | 08 CV 3686 | PINAND | -V- 21 1999 RIVERA |
| 195. | 08 CV 2067 | GRELLA | -V- NATIONAL |
| 196. | 08 CV 2087 | BENDER | -V- JARVIS |
| 197. | 08 CV 2171 | MADISON | -V- MADISON |
| 198. | 08 CV 2388 | GULITZ | -V- DIBARTOLO |
| 199. | 08 CV 2389 | PAVONE | -V- PUGLISI |
| 200. | 08 CV 2397 | CABA | -V- CTY OF WHITE PLAINS |
| 201. | 08 CV 2407 | BELLANTONI | -V- GENERAL MOTORS |
| 202. | 08 CV 2410 | JULKA | -V- AUTO INS. CO. |
| 203. | 08 CV 2462 | TRUSTEES | -V- AUSSIE |
| 204. | 08 CV 2534 | NOVA | -V- TECH-ELEC |
| 205. | 08 CV 2989 | WEISS | -V- CIGNA |
| 206. | 08 CV 3153 | PALOMBO | -V- CRYSTAL |
| 207. | 08 CV 3158 | 31 | -V- VILLAGE OF SPRING |
| 208. | 08 CV 3414 | IN RE: DIANE H. KENNEDY | |
| 209. | 08 CV 3438 | SCHROEDER | -V- USA |
| 210. | 08 CV 3462 | LAVA | -V- AMURAO |
| 211. | 08 CV 3546 | MYERS | -V- YAMAHA |
| 212. | 08 CV 3682 | MIKUS | -V- CTY OF DUTCHESS |
| 213. | 08 CV 3704 | ANNUITY | -V- M.V.M. |
| 214. | 08 CV 3772 | KING | -V- USA |
| 215. | 08 CV 3870 | TRUSTEES | -V- PROFEX |
| 216. | 08 CV 3890 | MASON | -V- FRIEDBERG |
| 217. | 08 CV 3911 | GEIS | -V- SHELL OIL |
| 218. | 08 CV 3947 | USA | -V- ESTATE OF |
| 219. | 08 CV 4029 | KATZ | -V- LANIGAN |

| | | | |
|---|---|---|---|
| 220. | 08 CV 4066 | HUDSON | -V- CAMACHO |
| 221. | 08 CV 4068 | KOINKLIJKE | -V- ADS |
| 222. | 08 CV 4257 | AFP | -V- GENEXA |
| 223. | 08 CV 4273 | ALALI | -V- CTY OF NEW |
| 224. | 08 CV 4321 | TRUSTEES | -V- PUTNAM |
| 225. | 08 CV 4361 | GROSINGER | -V- SCHOENWALD |
| 226. | 08 CV 4409 | FELDMAN | -V- CONCORD |
| 227. | 08 CV 4488 | DOBRYAKOV | -V- VILLAGE OF |
| 228. | 08 CV 4525 | HERNANDEZ | -V- VILLAGE OF |
| 229. | 08 CV 4534 | JONES | -V- DUTCHESS |
| 230. | 08 CV 4696 | WILLIAMS | -V- CAMPANA |
| 231. | 08 CV 4720 | SCOTCHTOWN | -V- TN OF GOSHEN |
| 232. | 08 CV 4726 | PASCAL | -V- DIVERSIFIED |
| 233. | 08 CV 4752 | JANE DOE | -V- MARRACCINI |
| 233A. | 08 CV 4778 | PORTO | -V- MARRACCINI |
| 234. | 08 CV 4777 | LACHMANN | -V- MIDDLETOWN |
| 235. | 08 CV 4796 | ACLANDER | -V- VERITUDE |
| 236. | 08 CV 4864 | METROPOLITAN | -V- BELIN |
| 237. | 08 CV 4976 | ROCK | -V- RYE NECK |
| 238. | 08 CV 5039 | BD OF TRUSTEES | -V- BEHRENS |
| 239. | 08 CV 5046 | TRUSTEES | -V- BJY |
| 240. | 08 CV 5094 | STONER | -V- MASTERS |
| 241. | 08 CV 5143 | CIMA | -V- PASALIDES |
| 242. | 08 CV 5146 | TRUSTEES | -V- N. PICCO |
| 243. | 08 CV 5149 | WARNER | -V- DOES |
| 244. | 08 CV 5179 | PESCE | -V- NELSON |
| 245. | 08 CV 5256 | VALERI | -V- MARRACCINI |
| 246. | 08 CV 5330 | GERKA | -V- USA |

| | | | |
|---|---|---|---|
| 247. | 08 CV 5336 | VACCARIELLO | -V- XM |
| 248. | 08 CV 5349 | ANNUITY | -V- TARA-CON |
| 249. | 08 CV 5350 | ANNUITY | -V- ACK |
| 250. | 08 CV 5430 | BALDORS | -V- EAT |
| 251. | 08 CV 5535 | BERNACCHIA | -V- AETNA |
| 252. | 08 CV 5550 | TRUSTEES | -V- ISLAND |
| 253. | 08 CV 5570 | DEACON | -V- LOWES |